UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JUAN LLOYD,<br><br>    Plaintiff,<br><br>    v.<br><br>D. CASTILLO, et al.,<br><br>    Defendants. | No. 1:20-cv-00683-NONE-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>(Doc. Nos. 4, 20) |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On November 12, 2020, the magistrate judge filed findings and recommendations to deny plaintiff's motion for a temporary restraining order. (Doc. No. 20.) The findings and recommendations were served on plaintiff and contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (*Id.*) Plaintiff has filed a response noting that he does not contest the denial of his motion. (Doc. No. 21.)

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed November 12, 2020 (Doc. 20), are adopted in full; and

2. Plaintiff's motion for temporary restraining order and preliminary injunction (Doc. 4) is **DENIED**.

IT IS SO ORDERED.

Dated:   **December 9, 2020**

UNITED STATES DISTRICT JUDGE