UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ADRIAN JUAN LLOYD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. CASTILLO, et al.,<br><br>　　　　　Defendants. | **1:20-cv-00683-NONE-JLT (PC)**<br><br>**ORDER DENYING MOTION IN RE SERVICE OF PROCESS AND CIVIL ACTION NUMBER (Doc. 17)**<br><br>**ORDER GRANTING MOTION REQUESTING A RESPONSE TO AMENDED COMPLAINT SUBMISSION (Doc. 26)** |
|---|---|

　　　　Plaintiff filed motions seeking service of process, an explanation of a change of case number on his trust account statement, acknowledgement that the Court received Plaintiff's First Amended Complaint, and an update on the status of his case. (Docs. 17, 26.)

　　　　Plaintiff's First Amended Complaint was filed on December 14, 2020. (Doc. 23.) The Court will screen the amended complaint in due course. If Plaintiff states viable claims for the case to proceed, the Court will also determine, in due course, whether service is appropriate. Accordingly, the Court **GRANTS** Plaintiff's request for a status update (Doc. 26) as stated herein and **DENIES** Plaintiff's request for service of process. (Doc. 17).

///

///

///

///

With regard to the unassociated case number on Plaintiff's trust statements, the Court is unable to advise on an incorrect case number on CDCR Inmate Statement Reports. Accordingly, the Court also **DENIES** Plaintiff's request for advisement. (Doc. 17.)

IT IS SO ORDERED.

Dated:   **April 26, 2021**                          _/s/ Jennifer L. Thurston_
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE