UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JUAN LLOYD,<br><br>                    Plaintiff,<br><br>        v.<br><br>D. CASTILLO, et al.,<br><br>                    Defendants. | Case No.: 1:20-cv-00683-NONE-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO SCREENING ORDER**<br><br>(Doc. 36)<br><br>**30-DAY DEADLINE** |

Plaintiff has filed a motion for a second thirty-day extension of time to respond to the Court's second screening order issued on September 23, 2021. (*See* Doc. 29.) As grounds, Plaintiff indicates that his access to the law library has been limited. For good cause shown, Plaintiff's motion is **GRANTED**. Plaintiff shall file his response **within 30 days** from the date of service of this order.

IT IS SO ORDERED.

    Dated:  **November 3, 2021**                    **/s/ Jennifer L. Thurston**
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE