1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  ADRIAN JUAN LLOYD, | 1:20-cv-00683-NONE-JLT (PC) |
| 12              Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST FOR CLARIFICATION** |
| 13         v. | (Doc. 38) |
| 14  D. CASTILLO, et al., | |
| 15              Defendants. | **DECEMBER 3, 2021, DEADLINE** |

16

17          Plaintiff has filed a motion for clarification of the Court's Order of Clarification: No

18   District Judge Available to Hear Matters issued on October 28, 2021. (Docs. 34, 38.) The

19   proceedings in this case will continue to move forward to the extent that a district judge's

20   attention is not required. Accordingly, Plaintiff's motion for clarification is **GRANTED**. (Doc.

21   38.) Plaintiff shall respond to this Court's screening order of September 23, 2021, on or before

22   **December 3, 2021**, as previously ordered. (*See* Docs. 29, 31, 37.)

23

24   IT IS SO ORDERED.

25       Dated:   **November 15, 2021**                    **/s/ Jennifer L. Thurston**
                                              CHIEF UNITED STATES MAGISTRATE JUDGE
26

27

28