
# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JUAN LLOYD,<br><br>    Plaintiff,<br><br>    v.<br><br>D. CASTILLO, et al.,<br><br>    Defendants. | Case No.: 1:20-cv-00683-JLT-CDB (PC)<br><br>**ORDER GRANTING PLAINTIFF'S REQUESTS TO FILE AN AMENDED COMPLAINT**<br><br>(Docs. 62 & 63)<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT**<br><br>(Doc. 61) |

Plaintiff Adrian Juan Lloyd is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.    INTRODUCTION**

Following screening, this action proceeds on Plaintiff's First Amendment claims and RLUIPA claims against Defendants Castillo, Anderson and Howard.

Following service of Plaintiff's second amended complaint, Defendants filed a motion to dismiss on March 11, 2024. (Doc. 61.)

Thereafter, Plaintiff filed a document titled "Request to Amend Complaint, Request for Civil Complaint Form" on March 20, 2024. (Doc. 62.) On April 2, 2024, Plaintiff filed a Motion for Leave to Amend. (Doc. 63.) Briefly stated, Plaintiff seeks permission to file an amended complaint following receipt of Defendants' motion to dismiss. (Doc. 62.) He contends allowing

leave to file an amended complaint will permit him to "correct" "errors that the Defendants pointed out." (Doc. 63.)

## II. DISCUSSION

Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure provides that a party may amend its pleading once as a matter of course "if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."

Here, Plaintiff has moved for leave to file an amended complaint and has done so within 21 days after the filing of Defendants' responsive pleading. While Plaintiff is required to include a proposed amended complaint along with his motion (*see* Local Rule 220), the Court will grant Plaintiff's request to amend his complaint subject to the filing of a third amended complaint within 21 days. Thereafter, the Court will screen the third amended complaint, as required by 28 U.S.C. § 1915A, in due course.

Further, in light of the above, the Court will deny Defendants' motion to dismiss as moot. Once the Court has screened the third amended complaint, and assuming it states cognizable claims, the Court will direct Defendants to file a responsive pleading.

## III. CONCLUSION AND ORDER

For the reasons stated above, **IT IS HEREBY ORDERED** that:

1. Plaintiff's requests to file an amended complaint (Docs. 62 & 63) are **GRANTED** subject to the filing of a third amended complaint;
2. Plaintiff **SHALL** file a third amended complaint **within 21 days** of the date of service of this order. The third amended complaint will be screened in due course thereafter;
3. The Clerk of the Court is **DIRECTED** to provide Plaintiff with a blank amended civil rights complaint form; and

///
///
///

   4.  Defendants' motion to dismiss (Doc. 61) is **DENIED** as moot.

IT IS SO ORDERED.

   Dated:   **April 5, 2024**

   UNITED STATES MAGISTRATE JUDGE

3