1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| ADRIAN JUAN LLOYD, | Case No.: 1:20-cv-00683-JLT-CDB (PC) |
| Plaintiff, | **ORDER REGARDING PLAINTIFF'S FILING OF APRIL 17, 2024** |
| v. | (Doc. 67) |
| D. CASTILLO, et al., | |
| Defendants. | |

Plaintiff Adrian Juan Lloyd is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.     PROCEDURAL BACKGROUND**

Following screening, this action proceeds on Plaintiff's First Amendment claims and RLUIPA claims against Defendants Castillo, Anderson and Howard.

Following service of Plaintiff's second amended complaint, Defendants filed a motion to dismiss on March 11, 2024. (Doc. 61.)

Thereafter, Plaintiff filed a document titled "Request to Amend Complaint, Request for Civil Complaint Form" on March 20, 2024. (Doc. 62.) On April 2, 2024, Plaintiff filed a Motion for Leave to Amend. (Doc. 63.)

On April 5, 2024, this Court issued its Order Granting Plaintiff's Requests to File an Amended Complaint and Order Denying Defendants' Motion to Dismiss as Moot. (Doc. 64.)

1    On April 12, 2024, Plaintiff filed a "Notice to the Court in re Amended Complaint" (Doc.

2  65) and a complaint titled "First Amended, After Motion to Dismiss" (Doc. 66); the latter was

3  docketed as a third amended complaint.

4    On April 17, 2024, Plaintiff filed "Plaintiff's Response to Court 4-5-2024 Action." (Doc.

5  67.)

6    **II.    DISCUSSION**

7    In his April 17, 2024, filing, signed and dated April 11, 2024, Plaintiff states he "just

8  received" the Court's April 5, 2024, order. (Doc. 67.) Plaintiff indicates that on April 9, 2024, he

9  mailed a "'First Amended Complaint After Defendant's Motion to Dismiss and Motion to

10 Sever.'" (*Id.*) He asks whether the fact he did not mark the amended complaint as a third amended

11 complaint is "an issue that has to be corrected," and indicates that if so, he needs the Court to

12 send him a copy of "the April 6, 2024 dated complaint" so he can "correct the wording." (*Id.*)

13 Plaintiff additionally states he "will also need a copy of the 4-6-24 complaint due to the fact he

14 has none of the supporting documents that are attached to it that will be needed if this court

15 doesn't accept the 4-6-24 3rd amended complaint." (*Id.*)

16   As noted above, Plaintiff's amended complaint filed with the Court on April 12, 2024,

17 was docketed by the Clerk of the Court as a "Third Amended Complaint." (*See* Doc. 66.) No

18 correction by Plaintiff is necessary. Moreover, because no correction is needed, the Court need

19 not provide a copy of that document and its attachments to Plaintiff.

20   Plaintiff is reminded that the First Informational Order In Prisoner/Civil Detainee Civil

21 Rights Case, issued in this action on May 15, 2020, states "parties should never send original

22 exhibits to the Court" because the "Clerk will scan paper documents into the electronic court file

23 and then discard the paper copy." (Doc.5 at 2.) Further, that same order advised that the "Court

24 will not make copies of file documents or provide postage or envelopes for free even for parties

25 proceeding in forma pauperis" and that "a pro se plaintiff need not attach exhibits to his

26 complaint to prove the truth of what is said in the complaint" because for "screening purposes,

27 facts stated in the complaints are accepted as true." (*Id.* at 3.)

28 //

Finally, Plaintiff is advised his third amended complaint will be screened in due course. 28 U.S.C. § 1915A.

### III.    CONCLUSION

For the reasons stated above, Plaintiff need not take any further action concerning his amended complaint. The amended complaint filed with the Court on April 12, 2024, is properly designated Plaintiff's Third Amended Complaint.

IT IS SO ORDERED.

Dated:    **April 18, 2024**

UNITED STATES MAGISTRATE JUDGE