# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JUAN LLOYD, <br><br> Plaintiff, <br><br> v. <br><br> D. CASTILLO, et al., <br><br> Defendants. | Case No.: 1:20-cv-00683-JLT-CDB (PC) <br><br> **ORDER REGARDING PLAINTIFF'S FILING OF JUNE 27, 2025** <br><br> (Doc. 81) |

Plaintiff is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to U.S.C. section 1983.

## I. BACKGROUND

Following unsuccessful settlement negotiations, on April 7, 2025, the Court issued its Order Lifting Previously Imposed Stay and Order Directing Clerk to Issue Discovery and Scheduling Order. (Doc. 79.) That same date, the Discovery and Scheduling Order issued, setting the relevant deadlines for discovery and pretrial motion practice. (Doc. 80.)

On June 27, 2025, Plaintiff filed a document titled "Filing Inquiry and Instructions," docketed as a request for status. (Doc. 81.)

## II. DISCUSSION

Plaintiff states he demanded a jury trial in his initial and amended complaints, and acknowledges receipt of the Court's April 7, 2025, order. (Doc. 81.) Plaintiff asks, "When will

1  the appropriate time be for Plaintiff to reaffirm his demand for a jury trial?" (*Id.*)

2  Plaintiff need not reaffirm his demand for a jury trial at this stage of the proceedings. Both
3  parties have demanded a jury trial. (Docs. 1, 23, 42, 66; Doc. 70.) Following a ruling by the Court
4  on any dispositive motion[1] filed by any party, and presuming the action thereafter is set for a
5  pretrial conference and trial before District Judge Jennifer L. Thurston, Plaintiff will have an
6  opportunity to "reaffirm" his demand for a jury trial at any pretrial conference, assuming it is
7  necessary to do so

8  **III.    CONCLUSION**

9  Accordingly, this Court considers Plaintiff's inquiry resolved.

10 IT IS SO ORDERED.

11 Dated:   **June 30, 2025**

12 UNITED STATES MAGISTRATE JUDGE

---

27 [1] As reflected in the Discovery and Scheduling Order, the deadline for filing a dispositive motion is February 17, 2026. (Doc. 80 at 3.) Consistent with this order, the Court presumes the parties are presently engaging in the
28 discovery process.

2