UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ADRIAN JUAN LLOYD,

               Plaintiff,

     v.

D. CASTILLO, et al.,

               Defendants.

Case No.: 1:20-cv-00683-JLT-CDB (PC)

**AMENDED[1] ORDER RE PLAINTIFF'S FILING OF JANUARY 8, 2026**

(Doc. 87)

Plaintiff Adrian Juan Lloyd proceeds pro se and *in forma pauperis* in this civil rights case pursuant to 42 U.S.C. section 1983. This action proceeds on Plaintiff's First Amendment free exercise of religion claims against Defendants Castillo and Anderson.

**I.     INTRODUCTION**

On April 7, 2025, the Court issued its Discovery and Scheduling Order. (Doc. 80.) Relevant here, the deadline for the filing of dispositive motions was set for February 17, 2026. (*Id*. at 1, 3.)

On January 8, 2026, Plaintiff filed a document titled "Clarification on Dispositive Motion." (Doc. 87.)

---

[1] This amended order corrects only the title of the order and the related docket entry number (the original order was mistakenly titled "Order re Plaintiff's Filing of December 4, 2025" and referred to an inaccurate docket number: "(Doc. 85)."

**II.    DISCUSSION**

Plaintiff states he "doesn't know what a dispositive motion is" and asks the Court to let him "know what it is" because he "doesn't want to be in violation of the February 17, 2026 deadline." (Doc. 87.)

In response to Plaintiff's inquiry, a dispositive motion refers to a motion for summary judgment addressing the merits of a party's claims and/or defenses. Rule 56 of the Federal Rules of Civil Procedure concerns such summary judgment motions. This Court's Local Rules address additional requirements concerning summary judgment motions. *See* Local Rule 260. Plaintiff is encouraged to review Rule 56 of the Federal Rules of Civil Procedure and Local Rule 260 to familiarize himself with their requirements. The parties are required to comply with all applicable rules governing motions for summary judgment,[2] including this Court's rule pertaining to prisoner motions (*see* Local Rule 230(*l*) [21-day opposition deadline]) and the rules directly addressing to summary judgment motions (Fed. R. Civ. P. 56; Local Rule 260).

**III.    CONCLUSION AND ORDER**

Accordingly, Plaintiff's motion for clarification (Doc. 87) filed January 8, 2026, is **HEREBY RESOLVED**.

IT IS SO ORDERED.

Dated:    **February 5, 2026**                          _____

UNITED STATES MAGISTRATE JUDGE

---

[2] In the event Defendants file a motion for summary judgment on or before the February 17, 2026, deadline, Defendants are required to provide Plaintiff with a *Rand* warning. *See Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998).

2