UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ADRIAN JUAN LLOYD,

Plaintiff,

v.

D. CASTILLO, et al.,

Defendants.

Case No.: 1:20-cv-00683-JLT-CDB (PC)

**ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL AS UNNECESSARY**

(Doc. 112)

Plaintiff Adrian Juan Lloyd is a state prisoner proceeding pro se in this now closed civil rights case pursuant to 42 U.S.C. § 1983.

**I. RELEVANT BACKGROUND**

On September 30, 2026, judgment was entered for Defendants in this action following summary judgment proceedings. (Doc. 108 & 109.)

On October 16, 2026, Plaintiff filed a notice of appeal. (Doc. 110.) That same date, the appeal was processed to the Ninth Circuit Court of Appeals. (Doc. 111.)

On October 22, 2026, Plaintiff filed a motion to proceed *in forma pauperis* on appeal. (Doc. 112.)

**II. DISCUSSION**

Rule 24 of the Federal Rules of Appellate Procedure provides in relevant part:

(1) Motion in the District Court. *Except as stated in Rule 24(a)(3)*, a

> party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court. The party must attach an affidavit that:
>
> (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
>
> (B) claims an entitlement to redress; and
>
> (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1), italics added. The exception referred to above states:

> A party who was permitted to proceed in forma pauperis in the district-court action … may proceed on appeal in forma pauperis without further authorization, unless:
>
> (A) the district court – before or after the notice of appeal is filed – certifies that the appeal is not taken in good faith or finds that a party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding; or
>
> (B) a statute provides otherwise.

Fed. R. Civ. P. 24(a)(3).

Here, Plaintiff was granted *in forma pauperis* status in this action on May 27, 2020. (Doc. 9.) Further, this Court has not certified that his "appeal is not taken in good faith" nor has it found he "is not otherwise entitled to proceed in forma pauperis" and no "statute provides otherwise." Fed. R. App. P. 24(a)(3). Therefore, Plaintiff is entitled to proceed *in forma pauperis* on appeal "without further authorization." *Id*. Because Plaintiff is authorized to proceed *in forma pauperis* on appeal, his pending motion is unnecessary and will be denied on that basis.

## III. CONCLUSION AND ORDER

For the reasons stated above, the Court **HEREBY ORDERS** that Plaintiff's motion to proceed *in forma pauperis* on appeal (Doc. 112) is **DENIED** as unnecessary. Plaintiff is already entitled to proceed *in forma pauperis* on appeal. Fed. R. App. P. 24(a)(3).

IT IS SO ORDERED.

Dated: **October 26, 2026**

UNITED STATES MAGISTRATE JUDGE